**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BEVERLY PESTELLO** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:15-cv-00707** |
| | § | |
| **LIBERTY INSURANCE CORPORATION** | § | |
| **Defendant** | § | |

**JOINT NOTICE OF SETTLEMENT**

The Parties wish to announce that they reached an agreement to settlement in this matter. The Parties anticipate that they will have the settlement finalized within 60 days from today and will file a joint stipulation of dismissal with the Court.  Accordingly, the parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.


**APPROVED:**


*/s/ Perry J. Dominguez, II_____*
Robert A. Pollom
State Bar No. 24041703
Mahsa Tajipour
State Bar No. 24050163
Perry J. Dominguez, II
State Bar No. 24055414
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
robert@krwlawyers.com
mahsa@krwlawyers.com
perry@krwlawyers.com

*Counsel for Plaintiff*

David R. Stephens
State Bar No. 19146100
Carrie D. Holloway
State Bar No. 24028270
LINDOW STEPHENS TREAT LLP
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com

*Counsel for Defendant*