IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BEVERLY PESTELLO<br>Plaintiff | §<br>§<br>§ |
| VS. | §   CIVIL ACTION NO. 5:15-cv-00707<br>§ |
| LIBERTY INSURANCE CORPORATION<br>Defendant | §<br>§<br>§ |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, come Plaintiff, Beverly Pestello, and Defendant, Liberty Insurance Corporation, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

APPROVED:

*[signature]*

Robert A. Pollom
State Bar No. 24041703
Mahsa Tajipour
State Bar No. 24050163
Perry J. Dominguez, II
State Bar No. 24055414
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
robert@krwlawyers.com
mahsa@krwlawyers.com
perry@krwlawyers.com

*Counsel for Plaintiff*

*[signature]*

David R. Stephens
State Bar No. 19146100
Carrie D. Holloway
State Bar No. 24028270
LINDOW STEPHENS TREAT LLP
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this **26th** day of **June** 2016, addressed to those who do not receive notice from the Clerk of the Court.

Robert A. Pollom
Mahsa Tajipour
Perry J. Dominguez, II
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

_____
David R. Stephens / Carrie D. Holloway