IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 2 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

BEVERLY PESTELLO §
§
Plaintiff §
§
V. § Civil Action No. ~~1:10-CV-00090~~ 5A-15-CV-707
§
LIBERTY INSURANCE CORPORATION §
Defendant §

ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs.

San Antonio, Texas this 22 day of June, 2016

_____
United States District Judge